# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Constantine, Katherine A. | Minnesota Bankruptcy Court | 01/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Suite 206
316 No Robert Street
St Paul MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Directors and Finance Committee | Minnesota Life College |
| 2. | Member of the Board of Directors | The ARC Greater Twin Cities |
| 3. | Partner | Dorsey & Whitney LLP |
| 4. | Partner | Steep Earning Curve |
| 5. | Trustee | Trust #1 |
| 6. | Conservator/Guardian/Payee | Twin City Federal Account #1 |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Dorsey & Whitney LLP-partner compensation | $116,980.20 |
| 2. 2013 | Dorsey & Whitney LLP-retirement, pension and refund of capital contribution (with interest) | $136,046.13 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▓▓▓▓▓▓▓▓▓▓▓▓ - salary & bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/29/2013 to 11/02/2013 | Atlanta, GA | meetings and educational programs | lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   SBrokerage #1 (H) | | | | | | | | | |
| 2.   -Alps (ETF) | A | Dividend | J | T | | | | | |
| 3.   -AT&T (common) | A | Dividend | J | T | | | | | |
| 4.   -Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 5.   -Southern Co. (common) | A | Dividend | J | T | | | | | |
| 6.   -Target (common) | A | Dividend | J | T | | | | | |
| 7.   -Teco Energy (common ) | A | Dividend | J | T | | | | | |
| 8.   -Xcel Energy (common ) | A | Dividend | J | T | | | | | |
| 9.   -Powershares Finl pfd (ETF) | B | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 10.  -SAFRA Natl Bk (C.D.) | A | Interest | K | T | Buy | 5/17/13 | K | | |
| 11.  -CIT Bk (C.D.) | A | Interest | K | T | Buy | 5/17/13 | K | | |
| 12.  -GE Cap Finl (C.D.) | A | Interest | K | T | | | | | |
| 13.  -Goldman Sachs Bk (C.D.) | A | Interest | K | T | | | | | |
| 14.  -Freeborn Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 15.  -Sartell Mn GO (Bond) | A | Interest | K | T | | | | | |
| 16.  -Deer River MN GO (Bond) | A | Interest | K | T | | | | | |
| 17.  -MN Hsg Pub Svc Rev (Bond) | | None | K | T | Buy | 08/19/13 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 19. -MN Streets/Hwys GO (Bond) | A | Interest | K | T | | | | | |
| 20. -Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | Buy | 01/18/13 | K | | |
| 21. -US Gov't Money Mkt (mutual fund) | A | Dividend | J | T | Buy (add'l) | 01/03/13 | K | | |
| 22. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 23. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 24. | | | | | Redeemed (part) | 01/29/13 | J | | |
| 25. | | | | | Redeemed (part) | 02/01/13 | K | | |
| 26. | | | | | Redeemed (part) | 08/28/13 | K | | |
| 27. | | | | | | | | | |
| 28. Brokerage #2 (H) | | | | | | | | | |
| 29. -US Gov't Money Mkt (mutual fund) | A | Dividend | J | T | Buy (add'l) | 07/24/13 | K | | |
| 30. | | | | | Redeemed (part) | 01/29/13 | J | | |
| 31. | | | | | Redeemed (part) | 07/25/13 | K | | |
| 32. -Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 33. -MFS Div Income (Mutual Fund) | A | Dividend | K | T | Buy | 07/22/13 | K | | |
| 34. -Pimco Total Return (Mutual Fd) | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/19/13 | K | | |
| 36. -Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. Brokerage #3 (H) | | | | | | | | | |
| 39. -RBC Prime Money Mkt (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 01/29/13 | J | | |
| 40. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 41. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 42. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 43. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 44. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 45. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 46. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 47. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 48. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 49. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 50. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 51. | | | | | Buy (add'l) | 09/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 53. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 54. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 55. | | | | | Redeemed (part) | 02/01/13 | J | | |
| 56. | | | | | Redeemed (part) | 02/22/13 | J | | |
| 57. | | | | | Redeemed (part) | 03/12/13 | J | | |
| 58. | | | | | Redeemed (part) | 03/22/13 | J | | |
| 59. | | | | | Redeemed (part) | 03/28/13 | J | | |
| 60. | | | | | Redeemed (part) | 04/24/13 | J | | |
| 61. | | | | | Redeemed (part) | 05/10/13 | J | | |
| 62. | | | | | Redeemed (part) | 08/16/13 | J | | |
| 63. | | | | | Redeemed (part) | 08/29/13 | J | | |
| 64. | | | | | Redeemed (part) | 09/13/13 | K | | |
| 65. | | | | | Redeemed (part) | 09/17/13 | J | | |
| 66. | | | | | Redeemed (part) | 10/17/13 | J | | |
| 67. | | | | | Redeemed (part) | 11/08/13 | J | | |
| 68. | | | | | Redeemed (part) | 11/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Redeemed (part) | 11/26/13 | J | | |
| 70. -Affiliated Manager Group Inc | | None | J | T | Buy | 11/05/13 | J | | |
| 71. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 72. -Alliant Energy (common) | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 73. -Allstate Corp (common) | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 74. -Amazon.com Inc (common) | | None | | | Sold | 04/02/13 | J | A | |
| 75. -AMC Networks Inc. | | None | J | T | Buy | 08/29/13 | J | | |
| 76. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 77. -American Int'l (common) | A | Dividend | | | Buy (add'l) | 03/08/13 | J | | |
| 78. | | | | | Sold | 09/10/13 | J | B | |
| 79. -Ametek (common) | A | Dividend | J | T | | | | | |
| 80. -Andarko Pete (common) | A | Dividend | J | T | Buy (add'l) | 05/15/13 | J | | |
| 81. -Analog Devices (common) | A | Dividend | | | Sold | 9/17/13 | J | A | |
| 82. -Apple (common) | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | |
| 83. | | | | | Sold (part) | 01/24/13 | J | B | |
| 84. | | | | | Sold (part) | 02/20/13 | J | B | |
| 85. -Archer Daniels Midland (common) | A | Dividend | J | T | Buy (add'l) | 01/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 87. | | | | | Sold (part) | 04/12/13 | J | A | |
| 88.   -Avago Tech (common) | A | Dividend | J | T | Buy | 07/19/13 | J | | |
| 89. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 90.   -AT & T (common) | A | Dividend | | | Sold | 08/29/13 | J | A | |
| 91.   -Bank of America (common) | A | Dividend | | | Sold (part) | 01/18/13 | J | A | |
| 92. | | | | | Sold | 03/08/13 | J | A | |
| 93.   -Biogen Idec (common) | | None | J | T | Buy | 05/30/13 | J | | |
| 94. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 95.   -Boeing (common) | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 96. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 97.   -Bristol Meyers Squibb (common) | A | Dividend | | | Sold | 12/04/13 | J | B | |
| 98.   -Broadcom Corp (common) | A | Dividend | | | Sold | 04/23/13 | J | | |
| 99.   -Cameron International | | None | | | Buy | 01/02/13 | J | | |
| 100. | | | | | Sold | 05/03/13 | J | A | |
| 101.   -CF Industries Holdings Inc | | None | | | Buy | 02/20/13 | J | | |
| 102. | | | | | Sold | 02/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Chevron Corp (common) | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 104. | | | | | Sold (part) | 10/15/13 | J | | |
| 105. -Church & Dwight Co (common) | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 106. -Cisco Systems (common) | A | Dividend | | | Sold (part) | 05/07/13 | J | A | |
| 107. | | | | | Sold (part) | 11/14/13 | J | A | |
| 108. | | | | | Sold | 12/12/13 | J | A | |
| 109. -Citigroup (common) | A | Dividend | | | Buy (add'l) | 02/26/13 | J | | |
| 110. | | | | | Sold | 09/04/13 | J | B | |
| 111. -Coca Cola (Common) | A | Dividend | | | Sold (part) | 01/04/13 | J | A | |
| 112. | | | | | Sold | 09/26/13 | J | B | |
| 113. -Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 114. -Conagra Foods (common) | A | Dividend | | | Sold | 06/06/13 | J | A | |
| 115. -Continental Resources (common) | | None | J | T | Buy | 01/17/13 | J | | |
| 116. -Costco Wholesale (common) | A | Dividend | J | T | Buy | 08/26/13 | J | | |
| 117. -Cummins (common) | A | Dividend | | | Sold | 11/21/13 | J | A | |
| 118. -Delta Air Lines Inc Del | | None | J | T | Buy (add'l) | 11/21/13 | J | | |
| 119. | | | | | Sold (part) | 02/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Discover Financial (common) | A | Dividend | | | Sold | 09/04/13 | J | B | |
| 121. -E I Dupont (common) | | None | | | Sold | 02/01/13 | J | A | |
| 122. -Ebay (common) | | None | J | T | Buy (add'l) | 03/14/13 | J | | |
| 123. -EMC Corp (common) | A | Dividend | | | Sold | 07/16/13 | J | A | |
| 124. -Eli Lilly (common) | A | Dividend | J | T | Sold (part) | 10/11/13 | J | A | |
| 125. -EOG Resources (common) | A | Dividend | J | T | | | | | |
| 126. -Exxon Mobile (common) | A | Dividend | | | Sold (part) | 05/09/13 | J | B | |
| 127. | | | | | Sold (part) | 05/15/13 | J | | |
| 128. | | | | | Sold | 06/06/13 | J | A | |
| 129. -FedEx Corp | | None | J | T | Buy | 11/21/13 | J | | |
| 130. -Fifth Third Bancorp (common) | A | Dividend | | | Buy (add'l) | 04/19/13 | J | | |
| 131. | | | | | Sold (part) | 07/16/13 | J | A | |
| 132. | | | | | Sold | 09/03/13 | J | A | |
| 133. -Forest Laboratories (common) | | None | J | T | Buy | 5/17/13 | J | | |
| 134. | | | | | Buy (add'l) | 8/13/13 | J | | |
| 135. -Freeport McMoran (class B) | A | Dividend | | | Sold | 2/20/13 | J | | |
| 136. Gallagher Arthur J & Co (common) | A | Dividend | | | Buy | 03/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/10/13 | J | A | |
| 138. -General Electric (common) | A | Dividend | | | Sold (part) | 08/16/13 | J | | |
| 139. | | | | | Sold | 08/20/13 | J | | |
| 140. -General Motors (common) | | None | J | T | Buy | 1/10/13 | J | | |
| 141. -Gilead Sciences Inc | | None | J | T | Buy | 10/11/13 | J | | |
| 142. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 143. -Goldman Sachs Group | A | Dividend | | | Buy | 8/27/13 | J | | |
| 144. | | | | | Sold | 9/04/13 | J | A | |
| 145. -Google (common) | | None | J | T | Buy (add'l) | 05/07/13 | J | | |
| 146. | | | | | Sold (part) | 3/14/13 | J | B | |
| 147. -Helmerich & Payne Inc | | None | | | Sold | 01/02/13 | J | A | See Part VIII |
| 148. -Henry Schein (common) | | None | J | T | Buy | 09/12/13 | J | | |
| 149. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 150. -Home Depot (common) | A | Dividend | J | T | | | | | |
| 151. -Hospira Inc | | None | J | T | Buy | 11/05/13 | J | | |
| 152. -Intel Corp (common) | | None | J | T | Buy | 12/16/13 | J | | |
| 153. -IBM (common) | | None | | | Sold | 01/03/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -International Paper (common) | A | Dividend | J | T | | | | | |
| 155. -Invesco Ltd (common) | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 156. -Johnson & Johnson (common) | A | Dividend | J | T | Buy (add'l) | 09/26/13 | J | | |
| 157. -JP Morgan & Chase | A | Dividend | | | Buy (add'l) | 05/28/13 | J | | |
| 158. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 159. | | | | | Sold (part) | 03/14/13 | J | A | |
| 160. | | | | | Sold (part) | 03/19/13 | J | A | |
| 161. | | | | | Sold | 09/03/13 | J | | |
| 162. -KBR Inc (common) | A | Dividend | J | T | Buy | 01/29/13 | J | | |
| 163. | | | | | Sold (part) | 05/03/13 | J | | |
| 164. -KLA -Tencor (common) | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 165. -Laboratory Corp Amer Hldgs | | None | | | Sold | 09/12/13 | J | A | |
| 166. -LSI Corp (common) | A | Dividend | | | Buy | 07/16/13 | J | | |
| 167. | | | | | Sold | 12/16/13 | J | B | |
| 168. -Lyondellbasell Ind (class A) | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 169. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 170. -Macys Inc | A | Dividend | | | Sold (part) | 01/24/13 | J | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 01/30/13 | J | A | |
| 172.  -Mastercard Inc | | None | | | Buy | 08/01/13 | J | | |
| 173. | | | | | Sold | 09/04/13 | J | | |
| 174.  -Merck & Co (common) | A | Dividend | | | Sold | 11/05/13 | J | B | |
| 175.  -MetLife (common) | A | Dividend | | | Buy (add'l) | 02/15/13 | J | | |
| 176. | | | | | Sold (part) | 06/28/13 | J | A | |
| 177. | | | | | Sold | 09/10/13 | J | A | |
| 178.  -Michael kors Hldgs (ordinary) | | None | J | T | | | | | |
| 179.  -Microsoft (common) | | None | | | Sold | 02/01/13 | J | | |
| 180.  -Morgan Stanley (common) | A | Dividend | | | Buy | 02/26/13 | J | | |
| 181. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 182. | | | | | Sold (part) | 06/28/13 | J | A | |
| 183. | | | | | Sold | 08/27/13 | J | A | |
| 184.  -Murphy Oil (common) | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 185.  -Newell Rubbermaid (common) | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 186.  -Nextera Energy (common) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 187.  -Nisource Inc (common) | A | Dividend | | | Sold (part) | 05/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 05/30/13 | J | A | |
| 189. -Occidental Pete (common) | A | Dividend | J | T | Buy (add'l) | 03/19/13 | J | | |
| 190. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 191. -Oracle Corp (common) | A | Dividend | J | T | Sold (part) | 09/18/13 | J | A | |
| 192. -Parker Hannifin (common) | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 193. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 194. -Pepsi (common) | A | Dividend | J | T | | | | | |
| 195. -Pioneer Natural Res (common) | | None | | | Sold | 01/17/13 | J | A | |
| 196. -Polaris Ind (common) | A | Dividend | | | Sold | 07/26/13 | J | A | |
| 197. -Precision Castparts (common) | A | Dividend | J | T | | | | | |
| 198. -Priceline (common) | | None | J | T | Buy | 09/04/13 | J | | |
| 199. -Proctor & Gamble | A | Dividend | | | Sold | 03/04/13 | J | B | |
| 200. -Qualcomm | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 201. | | | | | Sold (part) | 07/19/13 | J | A | |
| 202. | | | | | Sold (part) | 11/05/13 | J | A | |
| 203. -Raytheon (common) | A | Distribution | | | Sold | 01/10/13 | J | A | |
| 204. -Reliance Steel & Alum (common) | A | Dividend | | | Buy | 01/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 04/18/13 | J | A | |
| 206. -Schlumberger Ltd (common) | A | Dividend | J | T | Buy (add'l) | 03/19/13 | J | | |
| 207. -Sandisk Corp | | None | J | T | Buy | 09/10/13 | J | | |
| 208. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 209. -Sector Spdr (ETF) | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 210. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 211. -Simon Property Grp (common) | A | Dividend | | | Buy | 06/26/13 | J | | |
| 212. | | | | | Sold | 09/10/13 | J | | |
| 213. -Stryker Corp (common) | A | Dividend | J | T | | | | | |
| 214. -Target (common) | A | Dividend | | | Sold | 09/04/13 | J | A | |
| 215. -Timken (common) | A | Dividend | | | Buy | 02/20/13 | J | | |
| 216. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 217. | | | | | Sold (part) | 11/21/13 | J | | |
| 218. | | | | | Sold | 12/13/13 | J | | |
| 219. -Triumph Grp (common) | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 220. | | | | | Sold | 12/16/13 | J | A | |
| 221. -TRW Automotive (common) | | None | J | T | | | | | See Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223.  -Union Pacific Corp (common) | A | Dividend | | | Sold | 11/21/13 | J | A | |
| 224.  -US Bancorp (common) | A | Dividend | | | Buy | 02/26/13 | J | | |
| 225. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 226. | | | | | Sold | 07/16/13 | J | A | |
| 227.  -Valero Energy (common) | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 228.  -Verizon Commun (common) | A | Dividend | | | Sold | 05/28/13 | J | A | |
| 229.  -Visa (common) | A | Dividend | | | Sold | 08/01/13 | J | B | |
| 230.  -Wabtec Corp | | None | J | T | Buy | 12/16/13 | J | | |
| 231.  -Walt Disney (common) | | None | J | T | Sold (part) | 01/10/13 | J | A | |
| 232.  -Wells Fargo (common) | A | Dividend | | | Buy (add'l) | 07/16/13 | J | | |
| 233. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 234. | | | | | Sold (part) | 02/26/13 | J | A | |
| 235. | | | | | Sold | 08/30/13 | J | | |
| 236.  -Western Digital (common) | A | Dividend | | | Buy | 05/07/13 | J | | |
| 237. | | | | | Sold | 09/24/13 | J | A | |
| 238.  -Weyerhaeuser Co (common) | A | Dividend | | | Buy | 03/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 06/26/13 | J | | |
| 240. -Whirlpool Corp (common) | A | Dividend | J | T | Buy | 04/02/13 | J | | |
| 241. -Whiting Petroleum Corp | | None | | | Buy | 10/15/13 | J | | |
| 242. | | | | | Sold | 11/07/13 | J | | |
| 243. -Xilinx (common) | A | Dividend | | | Buy | 9/17/13 | J | | |
| 244. | | | | | Sold | 12/16/13 | J | | |
| 245. -Yahoo (common) | | None | J | T | Buy | 01/03/13 | J | | |
| 246. | | | | | Sold (part) | 05/1/13 | J | A | |
| 247. -Zimmer Holdings (common) | A | Dividend | J | T | | | | | |
| 248. | | | | | | | | | |
| 249. Brokerage #4 (H) | | | | | | | | | |
| 250. -RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | | | | | |
| 251. -Fidelity Adv New Insights (mutual fund) | C | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 252. -Amer Fds Euro Pacific Gr (mutual fund) | A | Dividend | J | T | | | | | |
| 253. -Thornburg Int'l Value (mutual fund) | A | Dividend | J | T | | | | | |
| 254. -Amer Fds Capital Income Bldr (mutual fund) Class C | A | Dividend | | | Closed | 10/11/13 | J | | See Part VIII |
| 255. -Amer Fds Capital Income Bldr (mutual fund) Class F | A | Dividend | J | T | Open | 10/11/13 | J | | See Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. Brokerage #5 (H) | | | | | | | | | |
| 258. -RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | Redeemed (part) | 01/29/13 | J | | |
| 259. -Kayne Anderson (common) | B | Dividend | K | T | | | | | |
| 260. -MN Higher Ed St. Ben (Bond) | A | Interest | K | T | | | | | |
| 261. -Xcel Energy (common) | A | Dividend | K | T | Buy | 01/24/13 | J | | |
| 262. | | | | | | | | | |
| 263. Brokerage Account #6 Dorsey 401k (H) | | | | | | | | | |
| 264. -Discover Bank (C.D.) | B | Interest | | | Closed | 09/11/13 | L | | See Part VIII |
| 265. -Artisian International (mutual fund) | A | Dividend | | | Closed | 09/11/13 | L | | See Part VIII |
| 266. -Buffalo Mid Cap (mutual fund) | | None | | | Buy (add'l) | 01/25/13 | J | | |
| 267. | | | | | Closed | 09/11/13 | L | | See Part VIII |
| 268. -Dodge & Cox Int'l Stock (mutual fund) | | None | | | Closed | 09/11/13 | L | | See Part VIII |
| 269. -Fidelity Contra (mutual fund) | A | Dividend | | | Buy (add'l) | 01/25/13 | J | | |
| 270. | | | | | Closed | 09/11/13 | K | | See Part VIII |
| 271. -Fidelity New Insights Cl C | | None | | | Closed | 09/11/13 | L | | See Part VIII |
| 272. -Metropolitan West Total Return Bond (mutual fund) | B | Dividend | | | Buy (add'l) | 01/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Closed | 09/11/13 | L | | See Part VIII |
| 274.  -Parnassus Income Tr (mutual fund) | B | Dividend | | | Buy (add'l) | 01/25/13 | K | | |
| 275. | | | | | Closed | 09/11/13 | M | | See Part VIII |
| 276.  -Pimco Total Return (mutual fund) | B | Dividend | | | Buy (add'l) | 01/25/13 | J | | |
| 277. | | | | | Closed | 09/11/13 | L | | See Part VIII |
| 278.  -T Rowe Price Gr Stk (mutual fund) | | None | | | Buy (add'l) | 01/25/13 | J | | |
| 279. | | | | | Closed | 09/11/13 | M | | See Part VIII |
| 280.  -Royce Value | | None | | | Closed | 09/11/13 | K | | See Part VIII |
| 281.  -IMS Capital Value Unified Series Trust (mutual fund) | | None | | | Closed | 09/11/13 | L | | See Part VIII |
| 282.  -IShares Russell 1000 Gr (ETF) | A | Dividend | | | Closed | 09/11/13 | K | | See Part VIII |
| 283.  -IShares Russell 1000 Value (ETF) | B | Dividend | | | Closed | 09/11/13 | M | | See Part VIII |
| 284.  -IShares S&P Sm Cap 600 (ETF) | A | Dividend | | | Closed | 09/11/13 | K | | See Part VIII |
| 285. | | | | | | | | | |
| 286.  Brokerage Acct #7 (H) | | | | | | | | | |
| 287.  -RBC Prime Money Market Fd (mutual fund) | A | Dividend | | | Buy (add'l) | 09/12/13 | L | | |
| 288. | | | | | Sold | 09/13/13 | L | | |
| 289.  -Federated Money Market (money market) | A | Dividend | M | T | Buy | 09/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/23/13 | L | | |
| 291. | | | | | Buy (add'l) | 10/01/13 | L | | |
| 292. | | | | | Buy (add'l) | 10/02/13 | L | | |
| 293. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 294. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 295. | | | | | Buy (add'l) | 11/21/13 | L | | |
| 296. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 297. | | | | | Redeemed (part) | 10/03/13 | J | | |
| 298. | | | | | Redeemed (part) | 11/08/13 | L | | |
| 299. | | | | | Redeemed (part) | 11/13/13 | K | | |
| 300. | | | | | Redeemed (part) | 11/14/13 | K | | |
| 301. | | | | | Redeemed (part) | 11/22/13 | K | | |
| 302. -Artisan Intl. (mutual fund) | | None | | | Open | 09/11/13 | L | | See Part VIII |
| 303. | | | | | Sold | 09/30/13 | L | C | |
| 304. -Buffalo Mid Cap (mutual fund) | D | Dividend | L | T | Open | 9/11/13 | L | | See Part VIII |
| 305. -Fidelity New Insights (mutual fund) | D | Dividend | L | T | Open | 9/11/13 | L | | See Part VIII |
| 306. -IShares Russell 1000 Gr (ETF) | A | Dividend | K | T | Open | 09/11/13 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -IShares Russell 1000 Value (ETF) | B | Dividend | M | T | Open | 09/11/13 | M | | See Part VIII |
| 308. | | | | | Sold (part) | 11/18/13 | L | D | |
| 309. -IShares S&P Sm Cap 600 (ETF) | A | Dividend | K | T | Open | 09/11/13 | K | | See Part VIII |
| 310. -Parnassus Income Tr (mutual fund) | D | Dividend | M | T | Sold (part) | 11/05/13 | K | C | |
| 311. | | | | | Sold (part) | 11/20/13 | K | B | |
| 312. -T Rowe Price Gr Stk (mutual fund) | A | Dividend | M | T | Open | 09/11/13 | M | | See Part VIII |
| 313. | | | | | Sold (part) | 11/06/13 | K | C | |
| 314. -Dodge & Cox Int'l Stock (mutual fund) Class F | B | Dividend | L | T | Open | 09/11/13 | L | | See Part VIII |
| 315. -Amer Fds Euro Pac Gr (mutual fund) | A | Dividend | K | T | Buy | 9/30/13 | K | | |
| 316. -Vanguard Total Bond Market ETF | A | Dividend | L | T | Buy | 11/18/13 | L | | |
| 317. -Dodge & Cox Income Fund (mutual fund) Class I | A | Dividend | K | T | Buy | 11/20/13 | K | | |
| 318. -Metropolitan West Total Return Bond (mutual fund) | B | Dividend | M | T | Open | 9/11/13 | L | | See Part VIII |
| 319. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 320. | | | | | Buy (add'l) | 11/04/13 | K | | |
| 321. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 322. -American Express Centurion BK | | None | K | T | Buy | 11/05/13 | K | | |
| 323. -Sallie Mae Bk Slt Lake City | | None | K | T | Buy | 11/05/13 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -GE Cap Retrail Bk Utah | | None | K | T | Buy | 11/18/13 | K | | |
| 325. -MFS Div Inc (mutual fund) | A | Dividend | L | T | Buy | 09/30/13 | K | | |
| 326. -Fidelity Contrafund | | None | | | Open | 09/11/13 | K | | See Part VIII |
| 327. | | | | | Sold | 09/30/13 | K | B | |
| 328. -Pimco Fds Pac Invt Mgmt Ser | A | Dividend | | | Open | 09/11/13 | L | | See Part VIII |
| 329. | | | | | Sold | 09/30/13 | L | B | |
| 330. -Royce Value Plus (mutual fund) | A | Dividend | | | Open | 09/11/13 | K | | See Part VIII |
| 331. | | | | | Sold | 11/18/13 | K | C | |
| 332. -IMS Cap Value Unified Ser Tr (mutual fund) | | None | | | Open | 09/11/13 | L | | See Part VIII |
| 333. | | | | | Sold | 10/01/13 | L | B | |
| 334. -Powershares (ETF) | A | Dividend | | | Buy | 09/30/13 | K | | |
| 335. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 336. | | | | | Sold | 11/18/13 | K | | |
| 337. -Morgan Stanley Cap Tr | A | Interest | | | Buy | 11/05/13 | K | | |
| 338. | | | | | Sold | 11/18/13 | K | | |
| 339. -PNC Finl Svcs Group Inc | | None | | | Buy | 11/05/13 | K | | |
| 340. | | | | | Sold | 11/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -AXA Annuity | D | Dividend | M | T | | | | | |
| 342. | | | | | | | | | |
| 343.  Brokerage #8 (H) | | | | | | | | | |
| 344.  -RBC Prime Money Market (mutual fund) | A | Dividend | J | T | Buy (add'l) | 07/24/13 | K | | |
| 345. | | | | | Redeemed (part) | 01/25/13 | J | | |
| 346. | | | | | Redeemed (part) | 07/25/13 | K | | |
| 347.  -American Century Eq Inc (mutual fund) | D | Dividend | L | T | Buy | 01/24/13 | J | | |
| 348.  ▓▓▓▓▓▓▓▓▓▓▓ | | None | J | T | | | | | |
| 349.  -Amer Fds Capital Inc Bldr (mutual fund) | A | Dividend | J | T | | | | | |
| 350.  -Columbia Acorn (mutual fund) | B | Dividend | K | T | | | | | |
| 351.  -Euro Pac Gr (cl c mutual fund) | A | Dividend | K | T | | | | | See Part VIII |
| 352. | | | | | Buy | 08/19/13 | J | | |
| 353. | | | | | | | | | See Part VIII |
| 354.  -Euro Pac Gr (cl f mutual fund) | A | Dividend | K | T | | | | | See Part VIII |
| 355. | | | | | | | | | See Part VIII |
| 356.  -Fidelity New Insights (mutual fund) | D | Dividend | M | T | | | | | |
| 357.  -Fidelity Adv Ser II (mutual fund) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Fundamental Invs (mutual fund) | B | Dividend | L | T | Buy (add'l) | 08/19/13 | K | | |
| 359. -ING Emerg Countries (mutual fund) | A | Dividend | | | Sold | 08/19/13 | J | | |
| 360. -ING Mut Fd (mutual fund) | | None | | | Sold | 08/19/13 | K | D | |
| 361. -Keeley Sm Cap Value (mutual fund) | A | Dividend | K | T | | | | | |
| 362. -Metropolitan West Total Return Bond (mutual fund) | A | Dividend | K | T | | | | | |
| 363. -MFS Ser Tr XIII (mutual fund) | A | Dividend | K | T | Buy | 07/22/13 | K | | |
| 364. -Pimco Total Return (mutual fund) | A | Dividend | | | Sold | 07/19/13 | K | A | |
| 365. | | | | | | | | | |
| 366. Trust #1 (H) | | | | | | | | | |
| 367. -RBC Prime Money Mkt (mutual fund) | A | Dividend | J | T | | | | | |
| 368. -MFS Ser Tr XIII (mutual fund) | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 369. -Pimco Total Return (mutual fund) | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 370. | | | | | | | | | |
| 371. Steep Earnings Curve(investment club) (H) | C | Dividend | J | T | | | | | See Part VIII |
| 372. -Costco | | | | | | | | | |
| 373. -Fastenal | | | | | | | | | |
| 374. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. American Enterprise Inv. Svcs.(mutual fund) | B | Dividend | K | T | | | | | |
| 376. Discover Financial Svcs. (common) | A | Dividend | K | T | | | | | |
| 377. Honeywell Int'l. (common) | A | Dividend | K | T | | | | | |
| 378. Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 379. Allstate Corp. (common) | A | Dividend | K | T | | | | | |
| 380. Sears Holding Corporation (common) | A | Interest | K | T | | | | | |
| 381. Sears Canada (common) | A | Dividend | J | T | | | | | |
| 382. U.S. Bank N.A. Accounts (cash & CDs) | A | Interest | M | T | | | | | |
| 383. Twin City Federal Account (cash) | | None | L | T | | | | | See Part VIII |
| 384. | | | | | | | | | |
| 385. Brokerage #9 (H) | | | | | | | | | |
| 386. -E Trade cash reserve account | | None | M | T | | | | | See Part VIII |
| 387. ▨ (common) | | None | M | T | Buy (add'l) | 04/10/13 | K | | |
| 388. | | | | | Sold (part) | 04/10/13 | K | | |
| 389. | | | | | Sold (part) | 08/15/13 | K | D | |
| 390. | | | | | Buy (add'l) | 06/01/13 | J | | |
| 391. | | | | | Sold (part) | 08/15/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/19/13 | L | E | |
| 393. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 394. | | | | | Sold (part) | 08/18/13 | K | D | |
| 395. Twin City Federal Account #1 (Conservator/Guardian | | None | J | T | | | | | See Part VIII |
| 396. Franklin Templeton Investments Account #1 (Custodian) (x) | A | Dividend | J | T | | | | | See Part VIII |
| 397. | | | | | | | | | |
| 398. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 28 of 29

Name of Person Reporting

Constantine, Katherine A.

Date of Report

01/27/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 221:  No income received during reporting period.

2) Part VII, lines 264, 265,267, 268, 270, 271, 273, 275, 277, 279, 280, 281, 282, 283, 284, 302, 304, 305, 306, 307, 309, 312, 314, 318, 326, 328, 330, 332:  These assets were transferred from Brokerage 6 to Brokerage 7; not technically buys or sells as no exchange of money involved.

3) Part VII; lines 254, 255, 351, 353, 354 and 355:  These are share class exchanges; not technically buys or sells as no exchange of money involved.

4) Part VII, line 371: This investment club was dissolved but funds (approximately $2542) were left in the club's account to pay for 2013 tax preparation. Earlier in 2014 that return was filed and the final distribution made to club members after payment for that tax preparation.  The assets of the club (stock) were sold prior to the end of the reporting period.

5) Part VII, lines 383 and 395: This is a checking account that does not pay any interest or any other form of income.

6) Part VII, line 386: This is a cash holding account that does not generate income.

7) Part VII, line 396: This account inadvertently not included in initial and amended prior reports.


RESPONSE TO LETTER DATED DECEMBER 31, 2014, generally in the order presented in that letter:

A) Line 147:  Helmerich was not on the prior report because it was an initial report for Jan 1, 2012 through September 30, 2013 which included all income, but only positions and values of assets still owned on September 30, 2013.  The Helmerich position was closed priort to September 30, 2013.  Per page 65, no transactions were required.  Per Kristina, this is correct.

B) Line 170:  Macy's was inadvertently omitted and should have been listed in the prior report for income--Column B(1) should be "A", (2) should be "dividend", Column C should be left blank as again, the position was closed prior to the end of the initial reporting period.  Per Kristina, there is no need to refile the initial report given this explanation.

C) Lines 271 and 280:  Fidelity New Insights and Royce Value were both included on the prior report under brokerage #7 only because it had been moved during the reporting period from brokerage 6 to brokerage 7.  It was reported in this report on both brokerage #6 and #7 because on this report the transactions were reportable this time.

D) Line 371:  With the additions entered on this version in column C and the note above, Kristina has advised that the proper information has been provided.

E) Line 28 of PRIOR report:  GE Capital is listed in line 28 of the prior report and is listed on line 12 of the current report.

F) Line 69 of PRIOR report:  Delta is listed in line 69 of the the prior report and is listed on line 188 of the current report.

G) Line 86 of PRIOR report:  Google is listed in line 86 of the prior report and is listed on line 145 of the current report.

H) Lines 33, 36, 37, 47, 52, 53, 54, 62, 66, 67, 68, 72, 76, 95, 98, 108, 110, 112, 115, 118, 121, 126, 134, 138, 140, 141, 146, 148, 174, 218 of PRIOR report:  These position closed prior to the reporting period.  They were listed on the prior report only because of income received during that reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544